**91–1812.**   State, ex rel. Wilson, v. Gulvas.  *Lucas County,* No. L–90–170.   On request for oral argument.   Request denied.

MOYER, C.J., dissents.

**91–1934.**   Taylor v. Triple A in the USA, Inc.  *Belmont County,* No. 90–B–13.   On application for dismissal.   Application denied.

DOUGLAS and WRIGHT, JJ., dissent.

**91–2118.**   In re Guardianship of Nieves.  *Geauga County,* No. 90–G–1574.   On motion to dismiss.   Motion to dismiss overruled.

HOLMES, J., dissents.

**91–2156.**   Armstead v. Lima Bd. of Edn.  *Allen County,* No. 1–90–90.   On motion for leave to file memorandum in support instanter.   Motion granted.

On motion for leave to exceed page limit.   Motion granted.

MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**91–2198.**   Crenshaw v. Ohio Dept. of Human Serv.  *Lucas County,* No. L–91–346.   On motion for injunctive relief.   Motion denied.

**91–2274.**   State v. Cooks.  *Allen County,* No. 1–89–61.   On motion for leave to file delayed appeal.   Motion denied.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

**91–2282.**   State v. Rush.  *Belmont County,* No. 88–B–39.   On motion for leave to file delayed appeal.   Motion granted.

WRIGHT and H. BROWN, JJ., dissent.

**91–2310.**   State v. Harmon.  *Mahoning County,* No. 89 C.A. 105.   This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Mahoning County and as a claimed appeal as of right from said court.   Upon consideration of appellant's motion for release on bail pending appeal,

IT IS ORDERED by the court that said motion for bond be, and the same is hereby, denied, effective December 9, 1991.

HOLMES, J., would grant a $50,000 cash bond.

H. BROWN, J., would grant a $15,000 bond.

**91–2319.**   Kinzel v. Kinzel.  *Medina County,* No. 1979.   On motion for continuance of stay and continuance of bond.   Motion granted and cash deposit presently posted is continued.

MOYER, C.J., WRIGHT and H. BROWN, JJ., dissent.